# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   7 |
| | : | |
| Sean M. Sweeney<br>dba Kildare Capital<br>dba Rosemont Capital | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-16961mdc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/19/18, this case is hereby DISMISSED.

*(signature)*

November 20, 2018

Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:
    Chapter 7 Statement of Your Current Monthly Income Form 122A-1
    Means Test Calculation Form 122A-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106

bfmisdoc